# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD LAY                                    NO.  2024 CW 0122

VERSUS

MARCUS MEYERS-WARDEN RAYMOND
LABORDE CORRECTIONAL CENTER;
AND JEFF LANDRY ATTORNEY          **MAY 20, 2024**
GENERAL FOR STATE OF
LOUISIANA

---

In Re:    Richard Lay, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 724480.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                          **PMc**
                          **CHH**
                          **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT